**Abatement Order filed October 8, 2020**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-18-00721-CV**

———————

**PAMELA G. KOSTAS, Appellant**

**V.**

**CYNTHIA KOSTAS, GEORGIA G. KOSTAS A/K/A GEORGIA G. NICHOLAS AND LEGACY TRUST COMPANY, N.A, Appellees**

**On Appeal from Probate Court No 2**
**Harris County, Texas**
**Trial Court Cause No. 454096**

## ORDER

On October 5, 2020, appellant notified this court that the parties had reached an agreement to settle the issues on appeal. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until December 7, 2020. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or

other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Spain.